UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ANTHONY MEHRAN,<br><br>Defendant | Crim. No. 09-693 (KSH)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EARLY TERMINATION FROM PROBATION** |

THIS MATTER having been brought before the Court on the letter application dated July 2, 2012 of the defendant (through his counsel, Richard J. Sapinski, Esq.) seeking the early termination of the three term of probation imposed by the Court on the defendant by the Judgment filed February 8, 2010, and the Court having considered the matter and it being represented to the Court by counsel that the U.S. Probation Office does not object to the granting of the defendant's letter application and no objection having been made by the U.S. Attorney's Office,

IT IS on this 12th day of July, 2012

ORDERED that the defendant's request is GRANTED and the period of probation imposed as part of the Court's Judgment is hereby terminated.

_____
HON. KATHARINE S. HAYDEN
United States District Judge

SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

30 Rockefeller Plaza
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

Richard J. Sapinski
Member of the Firm
Direct Dial: 973-643-5975
E-mail: rsapinski@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

July 2, 2012

Honorable Katherine S. Hayden
United States District Court
Post Office & Courthouse Building
50 Walnut Street
Newark, New Jersey 07101

   Re: <u>United States v. Anthony Mehran</u>
     Cr. No. 09-693 (KSH)

Dear Judge Hayden:

  On February 8, 2010, Mr. Mehran was sentenced by Your Honor pursuant to his guilty plea to willfully subscribing a false tax return in violation of 26 U.S.C. § 7206(1).

  Your Honor sentenced Mr. Mehran to a term of probation of three years conditioned on five months of community confinement and ordered him to pay a special assessment of $100 and a fine of $25,000. Mr. Mehran had previously paid those amounts in full and his Probation Officer reports that Mr. Mehran has been fully compliant with all requirements of his probation and has continued to voluntarily perform community service work.

  Now that Mr. Mehran has completed over half of his three year term of probation, I am writing on his behalf to request early termination of the probation period imposed by Your Honor. I have spoken with Mr. Mehran's probation officer, Mr. Kevin Egli, who stated that Mr. Mehran has been compliant and that he has no objection to Mr. Mehran's making this application.

  I have also discussed the matter with Assistant U.S. Attorney Scott McBride who has not indicated any objection to the granting of this application but has reserved the right to object at the time the application is filed. Mr. McBride is being copied on this letter.

   I have prepared the enclosed form of Order for Your Honor's consideration.

   If Your Honor has any questions or requires further information, please let me know and I will be happy to provide it promptly.

   Thank you.

                 Respectfully submitted,

                 RICHARD J. SAPINSKI

RJS/mm
Enclosure
cc:  Scott McBride, Esq., AUSA (w/enc.)
   Mr. Kevin Egli, U.S. Probation Officer (w/enc.)
   Mr. Anthony Mehran (w/enc.)